

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2018

No. 04-17-00695-CR

William Leonard **SMITH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4620
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

On January 26, 2018, appellant requested this court abate this appeal so that the appellate record may be supplemented. Appellant has informed this court that the clerk's record in this appeal does not contain a copy of the Motion for New Trial filed on November 15, 2017. Also according to appellant, the reporter's record does not contain transcripts of the plea, motion to suppress, and motion to quash hearings held in the underlying case.[1]

Appellant's request to abate this appeal is **DENIED**. The trial court clerk is **ORDERED** to supplement the trial clerk's record with the Motion for New Trial on or before **February 20, 2018**. Additionally, the court reporter in the underlying case is **ORDERED** to supplement the reporter's record in this appeal with transcripts of the plea, motion to suppress, and motion to quash hearings held in this case on or before **February 20, 2018**.

Appellant's brief is due thirty days following the completion of the appellate record.

_____
Irene Rios, Justice

---

[1] Although appellant asserts the "none of the reporters volumes … paid for and obtained appear in the record," which includes sentencing, we note the transcript of the sentencing proceedings was filed in this court on October 27, 2017.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2018.



KEITH E. HOTTLE,
Clerk of Court